INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

Larry Richardson

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

ALJ - Michael Wonall
Federal Judge Matthew P Brockman

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. ~~3:22-cv-00093~~ (crossed out)
*(to be filled in by the Clerk's Office)*
3:22-cv-136-RLY-MPB

Jury Trial: *(check one)* ☒ Yes ☐ No

**FILED**
SEP 02 2022
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual:

   The plaintiff, *(name)*_____, is a citizen of the State of *(name)*_____, OR is a citizen of *(foreign nation)*_____

   b. If the plaintiff is a corporation, partnership, or other entity:

   The plaintiff, *(name)*_____, is incorporated under the laws of the State of *(name)*_____, and has its principal place of business in the State of *(name)*_____.

   Or is incorporated under the laws of *(foreign nation)*_____,
   and has its principal place of business in *(name)*_____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

a. If the defendant is an individual:
The defendant, *(name)* ALJ - Michael Worrall  Federal Judge Matthew-P Brookman, is a citizen of the State of *(name)* IN, OR is a citizen of *(foreign nation)* _____

b. If the defendant is a corporation, partnership, or other entity:
The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

II. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Larry Richardson
Street Address: 212 Fairfax DR
City and County: Newburgh, Warrick
State and Zip Code: Indiana, 47630
Telephone Number: 314-581-9893
E-mail Address: Larric#303@yahoo.com

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Michael Worrall
- Job or Title *(if known)*: AUSA
- Street Address:
- City and County: Evansville Court House
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Matthew P. Brookman
- Job or Title *(if known)*: Magistrate Judge
- Street Address:
- City and County: Evansville Federal Bldng
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Ethics     False Statements
ALJ - Showed Bias, and Discrimination in His Statements as well as Manipulating Medical Documents Untruth.

Magistrate - Showed Conflict of Interest, favoritism to State atty. On 2 Occasions Blocked plaintiff of Having atty.

Conflict of Interest, Bias, Untrue Statements, Discrimination, Manipulating Medical Documents, Malicious accusations.
Bias, Discrimination, conflict of Interest.
There is proof of all I am stating

Gary Richardson

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

All Disability Back pay from 2017 until now. at $3000.00 month and No COR ratings.
I feel I've been through Enough.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-26-2022

Signature of Plaintiff: *Larry Richardson*

Larry Dean Richardson JR

Plaintiff,

V.                                                      )
                                                        )      Case # 3:21-cv-00093
Kilolo Kijakazi                                         )
Commiissioner

Defendant.

# Appeal
## Complaint Against Magistrate

This complaint is against Magistrate Judge Matthew P Brookman,

Bias , Favoritism, Conflict of interest  Very Evident

1) Allowing or approving all motions of State ATTY.
2) Allowing State to file late.
3) Excusing State ATTY from order of default.

4) Denying Plaintiffs order of default against State ATTY. 2 times
5) Denying Plaintiffs Request for investigation into ALJ bias statements.
6) Denying Plaintiffs Request for Investigation into ALJ Manipulating Evidence (lying).
7) Denying Plaintiffs request for help to find ATTY. ( Judge stated ATTY not needed )
8) Judge Stated ATTY not needed do to Plaintiffs past work history. said Plaintiff is competent to mitigate . Judge Showed BIAS in this decision because Plaintiff had Diagnosis from Doctors showing not as competent as Judge mentioned.
9) Judge Denied curcumstances which could have allowed Plaintiff to have ATTY.
10) Judge Denied Brief REDO From plaintiff which would have allowed Plaintiff to have ATTY.

( Plaintiff wrote in brief redo rquest that his  possible  ATTY had found several Procedural and Policy inacuracies in this case and would need to redo brief. )