UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LARRY RICHARDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:22-cv-00136-RLY-MPB |
| | ) |
| MICHAEL WORRALL ALJ, and | ) |
| MATTHEW BROOKMAN Federal Judge, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Consistent with the Entry issued today, final judgment is entered in favor of Defendants and against Plaintiff.

**SO ORDERED** this 19th day of September 2022.

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.